**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Sofidel Tissue LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN PERRY,<br><br>          Plaintiff,<br><br>    vs.<br><br>SOFIDEL TISSUE LLC, a Nevada limited liability company; and DOES 1 through 20 , inclusive,<br><br>          Defendant. | Case No. 2:26-cv-01686-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SOFIDEL TISSUE LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff NATHAN PERRY ("Plaintiff") and Defendant SOFIDEL TISSUE LLC, ("Defendant"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.     Plaintiff filed his Complaint and Demand for Jury Trial [Doc. 1] (the "Complaint") in this Court on June 4, 2026.

2.     Plaintiff served Defendant on June 12, 2026. (*See* Declaration of Service [Doc. 6].)

3.     The current date for Defendant to answer or otherwise respond to Plaintiff's Complaint is July 6, 2026.

4.     Defendant recently retained undersigned counsel for the defense of this action. Due to undersigned counsel's recent engagement, Defendant and its counsel require additional time to analyze the allegations in Plaintiff's Complaint and prepare an appropriate response.

178943372.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

5.    The Parties therefore hereby stipulate to extend Defendant's deadline to answer or otherwise respond to the Complaint to and including July 27, 2026.

6.    This stipulated extension is made in good faith and not for the purpose of delay. This is the first extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

Dated this 1st day of July, 2026

FREIMAN LEGAL

/s/ Lawrence W. Freiman
LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
lawrence@freimanlegal.com
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
T: (310) 917-1004; F: (310) 300-2603

Counsel for Plaintiff Nathan A. Perry

Dated this 1st day of July, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jessica L. Beeler
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

Attorneys for Defendant Sofidel Tissue LLC

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2026

178943372.1                                    2