**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Sofidel Tissue LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATHAN PERRY,

Plaintiff,

vs.

SOFIDEL TISSUE LLC, a Nevada limited liability company; and DOES 1 through 20 , inclusive,

Defendant.

Case No. 2:26-cv-01686-BNW

**STIPULATION TO EXTEND TIME FOR DEFENDANT SOFIDEL TISSUE LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

**[SECOND REQUEST]**

Plaintiff NATHAN PERRY ("Plaintiff") and Defendant SOFIDEL TISSUE LLC, ("Defendant"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint and Demand for Jury Trial [Doc. 1] (the "Complaint") in this Court on June 4, 2026.

2. Plaintiff served Defendant on June 12, 2026. (*See* Declaration of Service [Doc. 6].)

3. The parties previously stipulated to extend Defendant's time to respond to Plaintiff's complaint and the current date for Defendant to answer or otherwise respond to Plaintiff's Complaint is July 27, 2026.

4. Defendant's counsel has requested, and Plaintiff's counsel has to agreed, that Defendant's counsel may have an additional week to analyze the allegations in Plaintiff's Complaint

and prepare an answer.

5. The Parties therefore hereby stipulate to extend Defendant's deadline to answer or otherwise respond to the Complaint to and including August 3, 2026.

6. This stipulated extension is made in good faith and not for the purpose of delay. This is the second extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

Dated this 23rd day of July, 2026

FREIMAN LEGAL

*/s/ Lawrence W. Freiman*

LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
lawrence@freimanlegal.com
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
T: (310) 917-1004; F: (310) 300-2603

*Counsel for Plaintiff Nathan A. Perry*

Dated this 23rd day of July, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Jessica L. Beeler*

JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Sofidel Tissue LLC*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: July 24, 2026



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW