**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Defendant SOFIDEL AMERICA CORP. (sued erroneously herein as SOFIDEL TISSUE LLC)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN PERRY,<br><br>Plaintiff,<br><br>vs.<br><br>SOFIDEL TISSUE LLC, a Nevada limited liability company; and DOES 1 through 20 , inclusive,<br><br>Defendant. | Case No. 2:26-cv-01686-BNW<br><br>**STIPULATION TO AMEND CAPTION** |

**IT IS HEREBY STIPULATED** by and between the Parties to *Nathan Perry v. Sofidel Tissue LLC.* (Case No. 2:26-cv-01686-BNW), by and through their respective counsel of record, to amend the caption as follows:

Whereas on June 4, 2026, Plaintiff filed his Complaint (ECF No. 1) naming as Defendant Sofidel Tissue LLC. Effective January 1, 2026, Sofidel Tissue LLC merged into Sofidel America Corp., a Florida corporation, which is its successor by merger and the proper Defendant.

IT IS HEREBY STIPULATED that Sofidel America Corp. is substituted for Sofidel Tissue LLC as Defendant for all purposes. Every allegation of the Complaint directed to Sofidel Tissue LLC, Sofidel, or Defendant is deemed directed to Sofidel America Corp., and the Answer (ECF No. 12), including each admission in it, is deemed the Answer of Sofidel America Corp.

The parties negotiated this stipulation before the November 3, 2026 deadline in ECF No. 16,

paragraph 4(b), and it is filed after that date to allow Defendant's client review. To the extent paragraph 4(b) applies to this substitution, good cause exists for the Court to accept this stipulation. To the extent the filing date also requires a showing of excusable neglect, it exists: the parties negotiated the substitution before the deadline, the delay is brief, no party is prejudiced, and no deadline in ECF No. 16 changes.

Sofidel America Corp. is deemed the respondent named in EEOC Charge Nos. 487-2026-00610 and 487-2026-02084 and in the Notices of Right to Sue issued on them. Sofidel America Corp. will not assert any defense based on: (1) failure to exhaust administrative remedies, (2) the identity of the respondent named in the applicable administrative charges, or (3) the timeliness of this action, in each case solely to the extent such defense arises from the erroneous identification of Sofidel Tissue LLC, rather than Sofidel America Corp., in the administrative charges or Complaint. For the avoidance of doubt, Sofidel America Corp. does not waive, and expressly reserves, any other defenses, objections, arguments, rights, or remedies available to it, whether procedural or substantive, including any defense concerning the sufficiency, scope, substance, or timeliness of any administrative charge or claim that is independent of the foregoing misidentification.

Solely for purposes of correcting the foregoing misnomer, Sofidel America Corp. will not dispute that it was the entity intended to be identified as Plaintiff's employer in the administrative charges and Complaint. This paragraph does not limit the preceding paragraphs or the admissions in the Answer.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The caption of this action is amended to read: NATHAN PERRY, Plaintiff, vs. SOFIDEL AMERICA CORP., a Florida corporation; and DOES 1 through 20, inclusive, Defendants.

**IT IS SO STIPULATED.**

DATED: November 9, 2026

FREIMAN LEGAL

*/s/ Lawrence W. Freiman*
LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Counsel for Plaintiff Nathan A. Perry*

DATED: November 9, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Jessica L. Beeler*
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant SOFIDEL AMERICA CORP. (sued erroneously herein as SOFIDEL TISSUE LLC)*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: November 10, 2026



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2026, a true and correct copy of the foregoing **STIPULATION TO AMEND CAPTION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Sondra Sweeney
an Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP